IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN D. BARBER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK, CREDIT ONE BANK, and ELAN FINANCIAL SERVICES,<br><br>　　　　　Defendants. | 8:24CV426<br><br><br>**ORDER** |

　　　　This matter is before the Court on the parties' status reports. *See* Filing Nos. 54, 55, and 56. On February 4, 2025, the Court granted Defendants' motion to compel arbitration. Filing No. 26. This finding was reaffirmed on March 18, 2025, and the parties were ordered to file status reports updating the Court on the progress of arbitration every sixty (60) days. Filing No. 34. Thereafter, Plaintiff appealed to the Eighth Circuit Court of Appeals. On May 6, 2025, the Eighth Circuit granted Defendant's motion to dismiss and on June 4, 2025, the Eighth Circuit denied Plaintiff's motion for rehearing.

　　　　Plaintiff initially indicated he would file a petition for writ of certiorari with the Supreme Court of the United States but has since indicated he is not pursuing that relief and will pursue arbitration. *See* Filing Nos. 49, 53, and 56. Plaintiff has yet to initiate arbitration. *See* Filing Nos. 54, 55, and 56.

　　　　Accordingly,

IT IS ORDERED:

1. The parties shall file a status report regarding the progression of arbitration on or before January 12, 2026. If arbitration has not commenced, the parties are ordered to explain, in detail, the reason for the delay.

2. Failure to comply may result in a status conference with the Court or an order to show cause as to why the Court should not dismiss Plaintiff's claims for want of prosecution.

Dated this 17th day of November, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge